

IN THE
TENTH COURT OF APPEALS

No. 10-10-00134-CV

IN THE INTEREST OF C.D.N. AND M.L.N., CHILDREN

From the 77th District Court
Freestone County, Texas
Trial Court No. 09-107-B

MEMORANDUM OPINION

Appellant has filed a motion to dismiss this appeal. Appellee has not filed a response. Accordingly, the appeal is dismissed. *See* TEX. R. APP. P. 42.1(a)(1).

PER CURIAM

Before Chief Justice Gray,
        Justice Reyna, and
        Justice Davis
Appeal dismissed
Opinion delivered and filed May 12, 2010
[CV06]